Order entered October 18, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00211-CR

## CHRISTEN MITCHELL, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61101-U**

## ORDER

On September 19, 2012, this Court ordered court reporter Peri Wood to file, within fifteen days, a supplemental record containing State's Exhibit nos. 7 and 11, DVDs. To date, Ms. Wood has neither filed the supplemental record containing the exhibits nor communicated with the Court regarding the status of the supplemental record.

Accordingly, this Court **ORDERS** Peri Wood, official court reporter of the 291st Judicial District Court, to file, within **SEVEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 7 and 11, DVDs. The exhibits shall be filed in the proper MP3 or MP4 format. No further extensions will be granted. If we do not receive the supplemental record with the time specified, we will order that Peri Wood not sit as a court reporter until she has filed the exhibits in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Susan Hawk, Presiding Judge, 291st Judicial District Court;

- Peri Wood, Official Court Reporter, 291st Judicial District Court; and

- Counsel for all parties.

DAVID L. BRIDGES
JUSTICE